| |
|---|
| Hearing set for 11:00 AM |
| Hearing start 11:35 AM |
| Hearing ended 12:03 PM |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE AIDA DELGADO COLON, U.S. DISTRICT JUDGE**

| | |
|---|---|
| COURTROOM DEPUTY: Cristina Dones Taylor | Date: June 30, 2022 |
| Court Reporter: Amy Walker | Case CR-22-213 (ADC) |

Attorneys:

UNITED STATES OF AMERICA                    Vance Eaton

v.

| | |
|---|---|
| 1 Carlos Manuel Cotto-Cruz | Francisco J. Adams-Quesada, Esq. |
| 2 Hector Santiago Medina | Allan Rivera, Esq. |
| 3 Luis Garcia Hernandez | Javier Micheo, Esq. |
| 4 Jermaine Calderon-Echevarria | Luis Rivera-Rodriguez, Esq. *substituted by* Allan Rivera, Esq. |
| 5 Victor Isaac Del Valle-Rivera | Jennie M. Espada-Ocasio, Esq. |
| 7 Jose Luis Castro-Vazquez | Saul Roman-Santiago, Esq. *substituted by* Francisco Adams, Esq. |
| 8 Juan Rodriguez-Garcia | Miguel Oppenheimer, Esq. |
| 14 Gabriel Casanova-Yales | Richard O. Dansoh, Esq. |
| 18 Ruben Figueroa-Rodriguez | Diego H. Alcala-Laboy, Esq. |
| 21 Pablo De la Cruz-Arias | Antonio L. Bisbal-Bultron, Esq. *substituted by* Diego Alcalá, Esq. |
| 22 Pedro Victor Nieves-Hernandez | Alejandro Sanfeliu-Vera, Esq. |
| 23 Mario Alexander Rivera | Ian Carlos Garcia-Ferreras, Esq. |
| 24 Carlos A. Benitez-Rolon | Yassmin Gonzalez-Velez, Esq. *substituted by* Jorge Gerena, Esq. |
| 25 Jesus David Maldonado-Morales | Jose Agustin Arce-Diaz, Esq. |
| 26 Yan Carlos De Jesus-Ortiz | Jorge Luis Gerena-Mendez, Esq. |
| 27 Arsenio Laborde-Figueroa | Laura Maldonado-Rodriguez, Esq. *substituted by* Francisco Adams, Esq. |
| 28 Omar Quiles-Arce | Javier A. Morales-Ramos, Esq. |
| 29 Juan Francisco Torres-Huertas | Giovanni Jose Canino-Sanchez, Esq. |
| 31 Kevin Jomar Maldonado-Rosa | Carlos Xavier Irizarry-Rivera, Esq. |
| 32 Alex Darnel Rodriguez-Huertas | Thomas Trebilcock-Horan, Esq. |
| 33 Lino Acosta-Lopez | Joseph A Boucher-Martinez. Esq. |
| 34 Kristian Damian Martinez-Cruz | Ovidio E. Zayas-Perez, Esq. |
| 35 Angel Rafael Torres-Reyes | Ramon M Gonzalez-Santiago, Esq. |
| 36 Orlando Jose Rodriguez-Lara | Luis A. Guzman-Dupont, Esq. |
| 38 Chris Anthony Jimenez-Ortiz | Rosa Ivette Bonini-Laracuente, Esq. |
| 40 Keyshla Michelle Rodriguez-Acevedo | Allan A. Rivera-Fernandez, Esq. |
| 41 Kelvin Joel Torres-Flores | Ian Teron-Molina, Esq. |

Case called for Status Conference.

The Government informed the Court that discovery is luminous, the same will be made available to the defense next week. After discovery is provided, plea negotiations will begin. They requested 90 days.

Defense counsel await the production of discovery to review with their clients.

**(5) Victor Isaac Del Valle-Rivera:** counsel informed the Court as to the defendant's medical conditions and lack of treatment at MDC. The Court ordered the WARDEN of MDC Guaynabo and/or the medical personnel to file a written report within 10 days as to the medical treatment being afforded to the defendant.

**(29) Juan Francisco Torres-Huertas:** Counsel informed the Court that the defendant is currently awaiting trial for murder in a state case. The matter will be discussed to determine if it will be considered relevant conduct and how it will impact negotiations.

The Court inquired from the Government as to the fugitives. The Government stated that efforts are being made to arrest them. A detailed report shall be provided in the next conference. An order tolling the STA will be filed as well as a scheduling management order. Counsel do not have to file motions to allow substitution as long as counsel that is present can provide information as to the status of the case.

*Cristina Dones-Taylor*
*Courtroom Deputy Clerk for*
*District Judge Aida M. Delgado Colón*